UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE KAO fka JANE RASHAD § | | Case No. 15-31193-H3-13 |
|     Debtor § | | Chapter 13 |
| § | | |
| JANE KAO fka JANE RASHAD § | | Jury Trial Requested |
|     Plantiff § | | |
| § | | |
| vs. § | | |
| J. MICHAEL KELLY § | | Adversary No. 15-3211 |
|     Defendant § | | |

## STIPULATION FOR FILING ANSWER

It is hereby stipulated between the parties through their respective attorney's of record that Defendant shall have until October 27, 2015 to answer or otherwise respond to Plaitiff's Complaint.

Dated:_____


/s/R. Christopher Naylor             /s/David Venable
R. CHRISTOPHER NAYLOR        DAVID VENABLE
State Bar No. 14829900              Attorney for Plaintiff
Attorney for Defendant              State Bar No. 20543700
4801 Woodway, Suite 420 West   12200 NORTHWEST FRWY., STE. 316
Houston, Texas 77056-1805       HOUSTON, TEXAS 77092
713/622-8338 (Phone)              713/956-1400 (Phone)
713/622-4586 (Fax)                713/956-1404 (Fax)


OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Phone)
713/622-4586 (Fax)