UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

| | |
|---|---|
| JANE KAO fka JANE RASHAD | Case No. 15-31193-H3-13 |
|     Debtor | Chapter 7 |
| | |
| JANE KAO fka JANE RASHAD | |
|     Plaintiff | |
| | |
| vs. | Adversary No. 15-03211 |
| J. MICHAEL KELLY | |
|     Defendant | |

PLAINTIFF'S STATUS REPORT

The Plaintiff, Jane Kao, files this Status Report and would show the Court as follows:

1. The service of the summons and complaint was made on the defendant on September 9, 2015.

2. The defendant has not yet filed an answer. Pursuant to a Stipulation for Filing Answer, the plaintiff has agreed that the defendant shall have until October 27, 2015 to file an answer or otherwise respond to the plaintiff's complaint.

3. The name, address and telephone number of its counsel is:

    R. Christopher Naylor
    Devlin Naylor & Turbyfill PLLC
    4801 Woodway Suite 420 West
    Houston, TX  77056-1805
    (713) 622-8228

Dated:  October 21, 2015

    Respectfully submitted,

    /s/ David L. Venable
    _____
    David L. Venable
    Attorney for Plaintiff
    12200 Northwest Freeway, Suite 316
    Houston, Texas  77092
    (713) 956-1400

(713) 956-1404 FAX
State Bar No. 20543700
David@dlvenable.com

### CERTIFICATE OF SERVICE

    I, David L. Venable, certify that a true and correct copy of the Plaintiff's Status Report was served upon the attorney for the defendant, as set forth below, on October 21, 2015.

/s/David L. Venable
_____
David L. Venable

R. Christopher Naylor      By electronic mail to
Devlin Naylor & Turbyfill PLLC      kimg@dntlaw.com
4801 Woodway Suite 420 West
Houston, TX  77056-1805